UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 20-61397-CIV-MORENO

PAMELA TITUS,

       Plaintiff,

vs.

JEFFERSON CAPITAL SYSTEMS, LLC,

       Defendant.

                                          /

## ORDER OF TRANSFER

GOOD CAUSE appearing that a transfer of this case is appropriate pursuant to Local Rule 3.8 and the Court's Internal Operating Procedure 2.06.00 because of the lower- numbered case number (20-61383-CIV-BLOOM) and subject to the consent of the Honorable Beth Bloom, it is

**ADJUDGED** that the above-numbered case is transferred to the calendar of Judge Beth Bloom for all further proceedings.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 21st of July 2020.

*/s/ Federico A. Moreno*

                FEDERICO A. MORENO
                UNITED STATES DISTRICT JUDGE

After reviewing the court file in the above-numbered case, the undersigned accepts the transfer of this case. Therefore, it is

**ADJUDGED** that all pleadings filed after this date shall bear the following case number **20-61397-CIV-BLOOM** indicating the Judge to whom all pleadings should be routed.

**THE FOREGOING** transfer is **ACCEPTED** this __21st__ of July 2020.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record